AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| AIR ESSCENTIALS, INC., a Florida corporation, *Plaintiff(s)* v. AROMA360, LLC, a Florida Limited Liability Company, *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24-CV-20594-Williams |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Aroma360, LLC
    2058 N.W. Miami Court
    Miami, Florida 33127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Peter A. Matos
    W. John Eagan
    Malloy & Malloy, P.L.
    2800 S.W. Third Avenue
    Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Feb 15, 2024

SUMMONS

s/ C. A. Weech
Deputy Clerk
U.S. District Courts