<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
CASE NO.: 24-cv-20594-KMW

</div>

AIR ESSCENTIALS, INC.,

    Plaintiff,

vs.

AROMA360, LLC,

    Defendant.

_____/

<div align="center">

**JOINT STATUS REPORT**

</div>

The Parties, pursuant to the Court's Order Granting the Joint Motion to Stay [DE 67], hereby file this third joint status report informing the Court of the status of each petition for *inter partes* review.

Each of Defendant's petitions have been accorded a filing date, which set the deadline for the Patent Owner's Preliminary Response to each petition due on July 14, 2025. Plaintiff filed a Patent Owner's Preliminary Response to each petition on the aforementioned deadline. The U.S. Patent and Trademark Office has since instituted *inter partes* review for each petition filed, and the Patent Owner will be responding to the institution decisions by January 15, 2026. Further pursuant to this Court's Order [DE 67], the parties will notify the Court within 10 days of the resolution of any petition.

Respectfully submitted, this 5th day of January, 2026.

| | |
|---|---|
| **W. John Eagan** | **Michelle G. Bernstein** |
| John Cyril Malloy, III | Michelle G. Bernstein |
| Florida Bar No. 964,220 | Florida Bar Number 1030736 |
| jcmalloy@malloylaw.com | **POLSINELLI PC** |
| Peter A. Matos | 315 S. Biscayne Blvd., Suite 400 |
| Florida Bar No. 992,879 | Miami, FL 33131 |

<div style="column-count:2">

pmatos@malloylaw.com
W. John Eagan
Florida Bar No. 105,101
johneagan@malloylaw.com
Tyler Litwak
Florida Bar No. 1,039,262
tlitwak@malloylaw.com
**MALLOY & MALLOY, P.L.**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone: (305) 858-8000

*Counsel for Plaintiff*

Telephone: (305) 921-1818
mbernstein@polsinelli.com

William Di Bianca (*admitted Pro Hac Vice*)
**POLSINELLI PC**
600 Third Avenue, 42nd Floor
New York, NY 10016
bdibianca@polsinelli.com

Joshua L. Rayes (*admitted Pro Hac Vice*)
**POLSINELLI PC**
Three Embarcadero Center, #2400
San Francisco, CA 94111
JRayes@Polsinelli.com

Jordan Riviello (*admitted Pro Hac Vice*)
**POLSINELLI PC**
600 Third Avenue, 42nd Floor
New York, NY 10016
jriviello@polsinelli.com

Jason Wietjes (*admitted Pro Hac Vice*)
**POLSINELLI PC**
2950 N. Hardwood St #2100
Dallas, TX 75201
JWietjes@Polsinelli.com

*Counsel for Defendant*

</div>